IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

UNITED STATES OF AMERICA      )
                              )
          v.                  )     CRIMINAL ACTION
                              )     NO. 2:06-CR-33-WCO-SSC
JERRY LEE HAWKINS             )
_____)

<u>MOTION FOR SEVERANCE OF DEFENDANTS</u>

COMES NOW the Defendant, JERRY LEE HAWKINS, and moves this Court for several of defendants, showing the Court the following:

1.

Jerry Lee Hawkins and James Franklin Ross are charged together in a two-count indictment. Count One alleges that on or about January 19, 2006, Jerry Lee Hawkins and James Franklin Ross aided and abetted by each other did knowingly receive child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A) and (2). Count Two alleges that beginning on a date unknown, but at least on or about January 19, 2006, Jerry Lee Hawkins and James Franklin Ross aided and abetted by each other knowingly possessed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (2).

2.

On January 19, 2006, James Franklin Ross was interviewed by postal inspectors regarding the charges he and Mr. Hawkins have now been indicted for. During that interview, Mr. Ross implicated Jerry Lee Hawkins in the offenses charged in the indictment. Mr. Ross explicitly inculpates Mr. Hawkins by name, and the admission

of his statement at a joint trial would deprive Mr. Hawkins of his Sixth Amendment right to confrontation. <u>Bruton v. United States</u>, 391 U.S. (1968); and <u>United States v. Taylor</u>, 186 F.3d 1332 (11th Cir. 1999).

3.

Mr. Hawkins submits that if the Government intends to use Mr. Ross' statement during trial, the Court must order a severance of defendants for trial.

Dated this 2nd day of November, 2006.


/s/ STEPHANIE KEARNS
GEORGIA BAR NO. 409950
Attorney for JERRY LEE HAWKINS


Federal Defender Program, Inc.
Suite 1700, The Equitable Bldg.
100 Peachtree Street
Atlanta, Georgia 30303
404/688-7530; FAX 404/688-0768
stephanie_kearns@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion for Severance of Defendants is formatted in Courier 12 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

        Robert McBurney, Esquire
        Assistant United States Attorney
        600 Richard B. Russell Building
        75 Spring Street, S. W.
        Atlanta, Georgia  30303

        Andrew A. Hothem, Esq.
        403 Green Street
        Gainesville, Georgia 30501

    Dated:  This 2nd day of November, 2006.


                    /s/ STEPHANIE KEARNS
                    GEORGIA BAR NO. 409950
                    Attorney for JERRY LEE HAWKINS